Attachment A

**FILED**

APR 2 2 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

William C.
Brown

*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

Warden Lovett
Gregory Mimms

Civil Action No.: 3:24-cv- 47

*(To be assigned by the Clerk of Court)*

Groh, Trumble, Sims

*Enter above the full name of defendant(s) in this action*

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: William Brown    Inmate No.: 21250-032
Address: P. O. Box 2000
Bruckton Mills, West Virginia 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.    Name of Defendant: _Warden Lovett_

Position: _Warden_

Place of Employment: _U.S.P. Hazelton_

Address: _1640 Skyview Drive_
_Bruceton Mills, West Virginia 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes    ☐ No

If your answer is "YES," briefly explain: _Mr. Lovett has the responsibility to ensure that every prisoner recieves proper medical treatment for serious medical needs. He failed to ensure I was transported to appointments._

B.1    Name of Defendant: _Dr. Gregory Mimms_

Position: _Medical Doctor_

Place of Employment: _U.S.P. Hazelton_

Address: _1640 Skyview Drive_
_Bruceton Mills, West Virginia 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes    ☐ No

If your answer is "YES," briefly explain: _Mr. Mimms has the responsibility to provide every prisoner treatment for serious medical needs._

B.2    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes    ☐ No

**Attachment A**

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____


B.3    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?      ☐ Yes          ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____


B.4    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?      ☐ Yes          ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.5  Name of Defendant: _____
     Position: _____
     Place of Employment: _____
     Address: _____
     _____

     Was this Defendant acting under the authority or color of federal state
     law at the time these claims occurred?     □ Yes          □ No

     If your answer is "YES," briefly explain: _____
     _____
     _____
     _____
     _____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _U.S.P. Hazelton_

   A.   Is this where the events concerning your complaint took place?
        ☑ Yes        □ No

        If you answered "NO," where did the events occur?
        _____

   B.   Is there a prisoner grievance procedure in the institution
        where the events occurred?      ☑ Yes        □ No

   C.   Did you file a grievance concerning the facts relating to this complaint in the
        prisoner grievance procedure?
        ☑ Yes        □ No

   D.   If your answer is "NO," explain why not: _____
        _____
        _____
        _____

   E.   If your answer is "YES," identify the administrative grievance procedure
        number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _1132724-F1_____

LEVEL 2 _1132724-R1_____

LEVEL 3 _1132724-A1_____

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☐ Yes      ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court: _____
     *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.   Name of Judge(s) to whom case was assigned:

_____

6.   Disposition: _____
     *(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing lawsuit:_____

**Attachment A**

8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
    ☐ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

_____

_____

_____

_____

E.    Did you exhaust available administrative remedies?
    ☑ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

*I began with filing a BP-8 at the institutional level and continued on to the regional and central offices with BP-9, 10 and 11.*

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.  Name and location of court and case number:

_____

_____

_____

3.  Grounds for dismissal:    ☐ frivolous    ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____

5.  Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  Describe what each defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Violation of Eightth amendment of United States Constitution. Cruel and Unusual Punishment

Supporting Facts: Attached

**Attachment A**

_____
_____
_____
_____

CLAIM 2: _____
_____
_____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

CLAIM 3: _____
_____
_____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

CLAIM 4: _____
_____
_____
_____
_____

Supporting Facts: _____
_____

**Attachment A**

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

B.O.P. was aware of my medical problem and instead of treating me they neglected the issue until it was too severe of an issue to neglect. I suffered in excruciating pain for almost a year.

VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Requesting monetary compensation in the amount of 250,000#

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___U.S.P HAZELTON___ on _____.
                (Location)                    (Date)

_____
Your Signature

Attachment E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_William C._
_Brown._
_Your full name_

v.

Civil Action No.: 3:24-cv-47

_Warden Lovett_

_Dr. Gregory Mimms_

_Enter above the full name of defendant(s) in this action_

### Certificate of Service

I, _____ (your name here), appearing _pro se_, hereby certify

that I have served the foregoing _____(title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on _____ (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)

_United States District Court_                    25                    _Northern District of West Virginia-2013_